# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Joann Hart Knight

Plaintiff(s),

v.

Revlon Consumer Products Corporation et al

Defendant(s).

Case No. 23-cv-12002
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This action is dismissed with prejudice. Plaintiff's case will proceed under case no. 1:23-cv-09418.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland

Date: 8/26/2025                Thomas G. Bruton, Clerk of Court

                               Jasmin Galindo , Deputy Clerk